```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
ERICK VAN EGERAAT ASSOCIATED             :
ARCHITECTS B.V.,                         :
                                         :     08 Civ. 7873 (JSR)
             Plaintiff,                  :
                                         :           ORDER
        -v-                              :
                                         :
NBBJ LLC and NBBJ EAST LLC,              :
                                         :
             Defendant.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Defendant has moved to dismiss this case for lack of personal jurisdiction or, in the alternative, to transfer venue to the Southern District of Ohio. After full consideration of the parties' written submissions and oral argument held on January 23, 2009 (see transcript), the Court hereby denies the motion in its entirety. An opinion setting forth the reasons for this determination will issue promptly.

    SO ORDERED.

    Dated: New York, NY
           January 30, 2009            _____
                                            JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-09